| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

AR15.COM LLC, §
§
    Plaintiff, §
§
versus §  **Civil Action No. 4:14-cv-01623**
§
DENNIS MURRAY, ILANA MURRAY, §
§
and §
§
Nexcess.Net L.L.C. §
§
    Defendants. §

# AR15.Com's Motion To Dismiss Nexcess.Net L.L.C.

    Plaintiff AR15.Com, LLC ("AR15.Com") has settled its differences with defendant Nexcess.Net L.L.C. ("Nexcess"), which has not yet answered the complaint. Thus, AR15.Com moves the Court (1) to dismiss with prejudice plaintiff's claims in this lawsuit against Nexcess, arising out of any conduct of Nexcess prior to the date of the Court's order dismissing Nexcess, and (2) to order that all costs of court are taxed against the party incurring same.

Respectfully submitted,

*/s/ Tim Headley*

Tim Headley
Attorney-in-Charge for AR15.Com LLC
State Bar No. 09325210
Southern District Bar No. 1003
7941 Katy Freeway, Suite 506
Houston, TX   77024-1924
tim@headleyiplaw.com
Telephone:   713-467-8500,     Telecopier:       713-467-8501