| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| AR15.COM LLC,<br><br>    Plaintiff,<br><br>versus<br><br>DENNIS MURRAY, ILANA MURRAY,<br><br>and<br><br>Nexcess.Net L.L.C.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§    **Civil Action No. 4:14-cv-01623**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## Order Dismissing All Claims Against Nexcess.Net L.L.C.

Defendant Nexcess.Net L.L.C. ("Nexcess") has not yet answered the complaint. AR15.Com has requested this Court (1) to dismiss with prejudice plaintiff's claims in this lawsuit against Nexcess, arising out of any conduct of Nexcess prior to the date of the Court's order dismissing Nexcess, and (2) to order that all costs of court are taxed against the party incurring same.  Thus, this Court **orders** that (1) all of plaintiff's claims in this lawsuit against Nexcess, arising out of any conduct of Nexcess prior to the date of this order, are dismissed with prejudice, and (2) all costs of court are taxed against the party incurring same.

Signed on this 17TH day of July, 2014.

Ewing Werlein, Jr.
United States District Judge