IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AR15.COM, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-1623 |
| | § | |
| DENNIS MURRAY, and | § | |
| ILANA MURRAY, | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

For the reasons set forth in the separate Order signed this day, it is

ORDERED and ADJUDGED that the Final Judgment and Order of Permanent Injunction entered October 13, 2014, is VACATED, and Plaintiff AR15.COM's claims and causes of action against Defendants Dennis Murray and Ilana Murray are DISMISSED without prejudice for lack of personal jurisdiction.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 16TH day of December, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE